

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-28-2007

# Marra v. Phila Housing Auth

Precedential or Non-Precedential: Precedential

Docket No. 06-1140

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Marra v. Phila Housing Auth" (2007). *2007 Decisions.* Paper 484.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/484

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-1140

_____

EDWARD J. MARRA, JR.;
ALBERT DIGRAVIO

v.

PHILADELPHIA HOUSING AUTHORITY,
MILTON D. SOIFERMAN

Philadelphia Housing Authority,
Appellant

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 03-cv-03832)
District Judge: Honorable Eduardo C. Robreno

_____

Argued March 6, 2007

Before: SLOVITER and AMBRO, <u>Circuit Judges</u>
THOMPSON,[*] <u>District Judge</u>

(Opinion filed August 2, 2007)

Melanie M. Kennedy, Esquire (Argued)
Cozen & O'Connor
1900 Market Street, 3rd Floor
Philadelphia, PA  19103

_____

[*]Honorable Anne E. Thompson, Senior United States District Judge for the District of New Jersey, sitting by designation.

Jessamyne M. Simon, Esquire
Buchanan Ingersoll & Rooney
1835 Market Street, 14th Floor
Philadelphia, PA   19103

       Counsel for Appellant

Nancy D. Wasser, Esquire (Argued)
1617 John F. Kennedy Boulevard
One Penn Center, Suite 1130
Philadelphia, PA   19103

       Counsel for Appellees

## <u>ORDER AMENDING PRECEDENTIAL OPINION</u>

AMBRO, *Circuit Judge*

      IT IS NOW ORDERED that the Precedential Opinion in the above case be further amended as follows:

      The filed date of the opinion is August 3, 2007.

      On line 4 of page 3, replace the word "Rights" with "Relations" so that the cited statute reads "Pennsylvania Human Relations Act."

      On lines 4-5 of page 3, substitute "43 P.S. §§ 951-963" for "43 Pa. Cons. Stat. Ann. §§ 951-963."

      On lines 4-5 of page 26, substitute "43 P.S. § 955(d)" for "43 Pa. Cons. Stat. Ann. § 955(d)."

      On lines 7-8 of footnote 22 on page 56, substitute "43 P.S. § 962(c)(3)" for "43 Pa. Cons. Stat. Ann. § 962(c)(3)."

      By the Court,

      <u>/s/ Thomas L. Ambro, Circuit Judge</u>

Dated:  August 28, 2007

2

CLC\cc: Melanie M. Kennedy, Esq.                    Jessamyne M. Simon, Esq.
Nancy D. Wasser, Esq.